United States District Court
Northern District of ohio

Jackie N. Robinson
   # 554-458
Lake Erie Corr. Inst.
501 Thompson Rd
Conneaut, ohio 44030
   Plaintiff, pro se

~ vs ~

Lake Erie Corr. Inst.
Warden, D. fender, et al.,
501 Thompson Rd
Conneaut, ohio 44030
   Defendant

FILED
DEC 23 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

1:19 CV 3003

JUDGE LIOI

MAG. JUDGE LIMBERT

Complaint:
1983 civil action for
Deprivation of Rights

Plaintiff proceeds in forma pauperis, pursuant to 28
U.S.C. 1915(e)(2)(B); 1915A(b) and 42 U.S.C. 1997(e)(c)(1).
Plaintiff asserts jurisdiction under 42 U.S.C. 1983
Deliberate indifference to serious safty needs of prisoners
constitutes the unnecessary and wanton infliction of pain,
cruel and unusual punishment under the Eighth amend.

Jackie N. Robinson
   # 554-458
Lake Erie Corr. Inst.
501 Thompson Rd
Conneaut, ohio 44030
   plaintiff, pro se

Lake Erie Corr. Inst.
Warden, D. fender, et al.,
501 Thompson Rd
Conneaut, ohio 44030
   Defendant

Complaint

(1) plaintiff has spoken with defendant, warden fender, in person, as well as by kite, concerning all herein, to no avail.

(2) plaintiff was assaulted by staff member [walker] on 7-14-2019, around 3: pm. plaintiff reported this matter to case manager rumble whom refused to file a use of force report, unreported.

(3) plaintiff addressed this issue to a number of staff here at lake erie corr. inst., The assistant warden, staff member fisher, the institution inspector, The institution monitor, staff member carter, The institution investigator, prea, the Highway patrol, all to no avail.

(4) plaintiff voiced a number of other safty concerns to the warden as well that have not been addressed or looked into. (1) The food poisoning caused by food trays that are not properly sanatized. (2) food poisoning from fund raisers conducted by staff member ms. king. (3) Black mole in the bathrooms of the dorms and shower. (4) all windows in the sleeping area of the dorms are welled shut. (5) to many prisoners are housed in each dorm. (6) one fire exit. (7) Building capasity of prisoners is over the limit. (8) fire equipment does not work or is out dated. (9) The inst. inspector, sackett is aware of all of the above, but states that all is in conpliance. (10) unit Staff watch other inmates assault inmates on camera but do nothing about it. (11) Staff members are not in shape to defend, or protect prisoners, and most of them should not be working here at all. for all of the reasons stated herein, and more, my life is in danger. I seek to have these issues addressed in a court of law.

Jackie N. Robinson
pro, se

## affidavit of verity

Jackie N. Robinson, plaintiff, pro se, so swears under the penalty of perjury that all herein is true to the best of my knowledge.

Jackie N. Robinson
pro se

plaintiff suffers from Racial Discrimination, 164 ALR FED 483(3). Is not being provided the proper legal assistance or forms as mandated by 3.05., case manager and mail room are withholding legal mail, incoming and outgoing, notary not on grounds most of the time, or refuses to do the work. plaintiff is forced to make good with what he has at hand.

## affidavit of verity

Jackie N. Robinson, plaintiff, pro se, so swears under the penalty of perjury that I indigent, without funds or assets to pay the cost of these proceedings, making 9.00 dollars a month, and owing the state thousands at the present time. plaintiff request to the warden for the production of the records in this matter have gone unanswered.

Jackie N. Robinson
pro se

## proof of Service

I certify that a copy of all here in was sent to warden, D. fender, at Lake Erie Corr. Inst. 501 Thompson Rd. Conneaut, ohio by regular U.S. mail on this date: 11-18-2019

Jackie N. Robinson
pro se